**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Chicago Regional Council of Carpenters Pension Fund et al. v. Commercial Drywall Corp., a dissolved Illinois corporation, Richard J. Ottens d/b/a Commercial Drywall Corp., a sole proprietorship | 07CV6489 JUDGE NORGLE MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Chicago Regional Council of Carpenters Pension Fund, et al.

| NAME (Type or print) |
|---|
| Raymond J. Sanguinetti |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Raymond J. Sanguinetti |

| FIRM |
|---|
| Whitfield, McGann & Ketterman |

| STREET ADDRESS |
|---|
| 111 East Wacker Drive, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244798 | (312) 251-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED NOV 15 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT