AO 440 (Rev. 05/00) Summons in a Civil Action

12/15/07

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund et al.

CASE NUMBER: **07 C 6489**

V.

ASSIGNED JUDGE: **JUDGE NORGLE**

Commercial Drywall Corp., a dissolved Illinois corporation, Richard J. Ottens d/b/a Commercial Drywall Corp., a sole proprietorship

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Commercial Drywall Corp.
c/o Richard J. Ottens
3950 Industrial Avenue
Rolling Meadows IL  60008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

11/15/07

(By) DEPUTY CLERK                                    DATE

| | | |
|---|---|---|
| **ClientCaseID:** N7557/RJS<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 1/4/08<br>Affidavit of **SPECIAL PROCESS SERVER** |

## UNITED STATES DISTRICT COURT

Case Number **07C6489**

**I, KEITH R. BOCKELMANN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **COMMERCIAL DRYWALL CORP**
PERSON SERVED **RICHARD OTTEN, AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/6/07**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** WHITE  **Age** 41
**Height** 6'0"  **Build** LARGE  **Hair** BLACK

LOCATION OF SERVICE **247 W Golfview Terrace**
**Palatine, IL, 60067-243**

Date Of Service  **12/6/07**  Time of Service  **9:37 PM**

KEITH R. BOCKELMANN        12/7/2007
**SPECIAL PROCESS SERVER**
P.E.R.C. 0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.