Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6489 | **DATE** | 6/20/2008 |
| **CASE TITLE** | CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. vs. COMMERCIAL DRYWALL CORP., and RICHARD J. OTTENS | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 JUN 23 PM 3:27
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|