IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL DRYWALL CORP., and RICHARD J. OTTENS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Hon. Judge: Norgle <br> ) <br> ) Case No.: 07 C 06489 <br> ) <br> ) <br> ) <br> ) |

### Consent Judgment Order

WHEREAS, the Parties coming before the Court reporting that they have reached an agreement as to amounts owed, and desire to have the following judgment entered by consent, it is hereby ORDERED ADJUDGED AND DECREED that final judgment is entered on behalf of the Plaintiffs and against the Defendant, COMMERCIAL DRYWALL CORP., in the sum of $76,408.57, representing the following amounts:

| | |
|---|---|
| Unpaid contributions for June 2007 through August 2007 | $56,809.50 |
| Liquidated damages and interest for the period of October 2006 through August 2007 | $13,117.93 |
| Dues | $3,476.14 |
| Attorney fees and court costs | $3,005.00 |
| Total: | $76,408.57 |

Defendant Richard J. Ottens is dismissed without prejudice.

_____     _____
Raymond J. Sanguinetti         Todd A. Miller
Attorney for Plaintiffs        Attorney for Defendants
Whitfield & McGann             Allocco & Miller
111 East Wacker Dr. #2600      3409 N. Paulina St.
Chicago, IL 60601              Chicago, IL 60657
(312) 251-9700                 (773) 868-4841

ENTERED:

_____
Charles R. Norgle
United States District Judge

DATE: 6-20-08